THIS OPINION
 HAS NO PRECEDENTIAL VALUE, IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Bianca Lanor
 Ford, Appellant.
 
 
 

Appeal From Georgetown County
 John M. Milling, Circuit Court Judge
Unpublished Opinion No. 2008-UP-678
Submitted December 1, 2008  Filed
 December 9, 2008    
AFFIRMED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Senior Assistant Attorney General Norman Mark Rapoport, all of Columbia;
 and Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Bianca
 Lanor Ford appeals her convictions of possession with intent to distribute
 marijuana and possession with intent to distribute cocaine.  Ford argues the
 trial court erred by admitting evidence obtained during the search of her
 vehicle, maintaining the search violated her Fourth and Fourteenth Amendment
 rights.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authority:  State v.
 Forrester, 343 S.C. 637, 642, 541 S.E.2d 837, 840 (2001) (holding in order
 to preserve an issue for review, a party must renew its objection upon the
 introduction of the evidence ruled admissible in a motion in limine when the admission of evidence does not immediately follow the ruling).
AFFIRMED. 
ANDERSON,
 HUFF, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.